FILED

DEC 14 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM PERRY HOBBS,<br><br>Defendant. | CR 18-40-M-DLC<br><br>ORDER |

Before the Court is Defendant William Perry Hobbs's Unopposed Motion to Submit Support Letter Past Due. (Doc. 41.)

IT IS ORDERED that the motion (Doc. 41) is GRANTED. The Court notes that the motion refers to an attached letter but that no letter was attached. Hobbs may separately file the letter in aid of sentencing.

DATED this 14th day of December, 2018.

Dana L. Christensen, Chief Judge
United States District Court

1